**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ROMEY AUSTIN MUNS, ADC #142372                                                                PLAINTIFF

v.                                         NO. 5:09CV00397 JLH/BD

CORRECTIONAL MEDICAL SERVICES, *et al.*                                                DEFENDANTS

**ORDER**

The plaintiff's motion for a continuance is granted. The time within which the plaintiff must file his objections to the proposed findings and recommended disposition of United States Magistrate Judge Beth Deere is extended up to and including the 19th day of November, 2010. Document #53. The motion for an order directing the prison officials to allow the plaintiff to interview witnesses is denied. Plaintiff's motion for an order permitting him to write prisoners in other prisons is denied as moot because he has made no showing and the Court is aware of no rule of the Arkansas Department of Correction that would prohibit him from writing other prisoners. Document #52.

IT IS SO ORDERED this 18th day of October, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE