**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**ROMEY AUSTIN MUNS,
ADC # 142372**                                                                                      **PLAINTIFF**

V.                          NO. 5:09CV00397-JLH-BD

**CORRECTIONAL MEDICAL SERVICES,** *et al.*                                    **DEFENDANTS**

### ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. The Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Therefore, the motions for summary judgment filed by Correctional Medical Services, Ruloff Turner, Genia Snyder, and Joe Page (docket entries #39 and #41) are GRANTED. Plaintiff's claims against Defendants Turner and Snyder are DISMISSED without prejudice. Plaintiff's claims against Defendants Correctional Medical Services and Joe Page are DISMISSED with prejudice.

IT IS SO ORDERED this 24th day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE