# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**ROMEY AUSTIN MUNS,**
**ADC # 142372**                                                          **PLAINTIFF**

**V.**                  **NO. 5:09CV00397-JLH-BD**

**CORRECTIONAL MEDICAL SERVICES,** *et al.*                **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED.

IT IS SO ORDERED this 24th day of November, 2010.

*/s/ J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE